**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

16 APR -7 AM 11: 05

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

_Penny Benton_ ,)

Plaintiff,            )
                      )
                      )
vs.                   )   Cause No.
                      )
_Walmart_ ,)
                      )   **1:16**-cv- **0764** JMS -DKL
                      )
Defendant.            )

**EMPLOYMENT DISCRIMINATION COMPLAINT**

Plaintiff brings a complaint against defendant _Walmart_ for discrimination as set forth below.

Plaintiff ____ DOES  ✓ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name and Address

_Penny Benton_
_5920 Edelle Drive_
_INDpls, IN. 46237_

Defendant's Name and Address

_Walmart_
_882 STATE Rd 135_
_Greenwood, IN. 46143_

## II. JURISDICTION

1.    This complaint is brought pursuant to:

____X____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

_____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

____X____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2.      Plaintiff ____(DID)__/___ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission.  [**Attach a copy of charge to this complaint**].

3.      Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Plaintiff is disabled due to a Car accident. Plaintiff has permanent nerve damage in left foot. Plaintiff suffers lots of pain because of the nerve damage

## IV. FACTS IN SUPPORT OF COMPLAINT

Penny was involved in a Car accident as a Passenger with her mom on the particular day she had to call off sick. Her moms car was rear ended from the back Passenger side - Its Co. is Allstate!! I had Doctor Statements in regards to my permanent nerve damage. My Dr's name is: Valerie Beard   Address: 17520 DARTOWN Rd West field, IN 46074 (317) 867-5263

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I seek relief of $200,000.00 For mental and Emotional Anguish based on the disabilities act and racial discrimination.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 6th day of April , 20 16

*Perry Benton*
(Signature of Plaintiff)